# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00186-CV

**NP Skyloft Equity, LLC; Nelson Partners, LLC; and Patrick Nelson, Appellants**

**v.**

**Stacy R. Schiffman; Adelaida Martinez; William D. and Susan M. Madden; A.H. Root Building, LLC; Ryan and Lissa Ong Living Trust; Black Tortuga Group, LLC; Alla Investments, LLC; 2M & 3D Ltd., Texas Limited Partnership; Butt Rentals, LLC; Hugh G. Dykes III, Trustee of the Dykes Family Revocable Trust dated July 7, 2004; Sydney Crisp and Nicola Crisp; Daniel M. Bell; William Smith; Paul Tessier, Co-Trustee of the Anne T. Tessier Family Trust; Donna Decker, Trustee of the Dekker-Robertson Family Trust; Harry V. and Joanne P. Hansen, Trustees of the Hansen Family Trust; Lawrence K. Samuels and Jane Heider, Trustees of the Heider Samuels Family Trust dated June 29, 2007; John C. Polk and Janice C. Polk; and James V. Parziale, Trustee of the Parziale Family Trust, Appellees**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-000097 AND D-1-GN-21-000423, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants NP Skyloft Equity, LLC; Nelson Partners, LLC; and Patrick Nelson have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellants' Motion

Filed: May 10, 2022